# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
(Rural Development)
    VS.

LISSETTE GRANT AGRON

CIVIL NO. 97-2061(JAF)

RECEIVED & FILED
'00 FEB -3 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/13/99   **DOCKET #:** 12   **TITLE:** MOTION by USA |for leave to Continue with foreclosure|

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

2/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(13)