## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
(Rural Development)

VS.

LISSETTE GRANT AGRON

CIVIL NO. 97-2061 (JAF)



RECEIVED & FILED
00 APR 18 AM 9:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

### DESCRIPTION OF MOTION

DATE FILED: 4/13/00  DOCKET: 15        TITLE: MOT TO STAY SALE

[x] Plffs.   [ ] Defts.

---

### O-R-D-E-R

*Granted*

4/14/00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT

(16)

cc: USM